421812

ORIGINAL

# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-1573 DSD/JMM **Case Title:** Upsher-Smith Laboratories, Inc. v. Federal Insurance Company

**Affidavit of Movant**

I, Lauris A Heyerdahl, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice James H. Kallianis Jr., an attorney admitted to practice in the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendant Federal Insurance Company in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature

216008
MN Attorney License #

02/26/02
Date

**Affidavit of Proposed Admittee**

I, James H. Kallianis Jr., am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

James H. Kallianis, Jr.
Type/Print Name

Signature

2-19-02
Date

Attorney License Number: 6207178

Law Firm Name & Address: Meckler Bulger & Tilson
123 N. Wacker Drive, Suite 1800
Chicago, IL 60606

Telephone: (312) 474-7900

Motion Granted: Richard D. Sletten
For the Court: Richard D. Sletten, Clerk

FEB 26 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FEB 26 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK