UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UPSHER-SMITH LABORATORIES, INC., CIVIL NO. 01-1573 (DSD/JMM)

Plaintiff,

v. ORDER

CHUBB GROUP OF INSURANCE COMPANIES and FEDERAL INSURANCE COMPANIES,

Defendants.

The above matter came on for hearing before the undersigned on March 5, 2002 upon Plaintiff's Motion to Compel Discovery [Docket No. 10]. Edward Fox, Esq. and Jay Johnston, Esq. appeared on behalf of Plaintiff; James Kallianis, Esq. and Jerome Abrams, Esq. appeared on behalf of Defendant Federal Insurance Companies.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order for the reasons placed on the record.

IT IS HEREBY ORDERED that:

1. Plaintiff's Motion to Compel Discovery [Docket No. 10] is granted in part. No later than March 20, 2002, Defendant Federal Insurance Companies shall provide the following discovery:

A. In response to Plaintiff's Document Request No. 3, Defendant Federal Insurance Companies shall disclose all versions of the Insured Organization Coverage Endorsement, which were in effect from

MAR 0 6 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

January 1, 1991 to the present.

B. In response to Plaintiff's Interrogatory Request No. 4, Defendant Federal Insurance Companies shall identify by jurisdiction, case name and court file number, any litigation concerning insurance coverage under Policy Exclusion 13.2(d), from January 1,1991 to the present.

2. Plaintiff's Motion is denied in all other respects, without prejudice.

Dated: March 6, 2002

JOHN M. MASON
United States Magistrate Judge