# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Upsher-Smith Laboratories,

v.

Federal Insurance Company,

Case No. Civil 01-1573 DSD/SRN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Defendant's motion for summary judgment is granted.

Plaintiff's motion for summary judgment is denied.

DATE: August 30, 2002

RICHARD E. SLETTEN, CLERK

Julie Rustad, Deputy Clerk

41